■ IRONWOOD, L.L.C., et al., Respondents, v JGB PROPERTIES, LLC, Appellant. (Appeal No. 1.) [994 NYS2d 880]—Appeal from an order of the Supreme Court, Onondaga County (Brian F. DeJoseph, J.), entered July 25, 2013. The order, inter alia, vacated the stipulation and order dated May 2, 2011.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Debcon Fin. Servs., Inc. v 83-17 Broadway Corp.*, 61 AD3d 712, 714 [2009]). Present—Smith, J.P., Peradotto, Carni, Valentino and Whalen, JJ.